NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERA W. HUANG,**
*Plaintiff-Appellant,*

**and**

**YUN CHIOU CHENG,**
*Plaintiff,*

**v.**

**NANCY VAN TINE, BURNS & LEVINSON LLP, ROBIN LYNCH, PALM SMITH, ROBERT MULDOON, JR., DR. MENG YIH HUANG, P. GUILMET, CHARLES KAGAN, NORTHEAST HOUSING COURT, MASSACHUSETTS BAR ASSOCIATION, SALEM AND BOSTON BAR, BAR OVERSEERS, CHAIRMAN, AND BAR COUNSEL, GEORGE P. LORDAN, ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN, MI NA HUANG, LEU SO MEI, WEN-CHIN LEU, of Chien-Chuen Plastic Co. Ltd., DR. MARILEA K. MILLER, EARNEST LIN, of ATI, JOSEPH PALEY, EXTERMINATOR HAZLEWOOD, and A-Z INSURANCE COMPANY,**
*Defendants-Appellees,*

**and**

**JUDGE EDWARD J. ROCKETT, JUDGE SEAN DUINPY, JUDGE SPENCER M. KAGAN, JUDGE JOHN CRONIN, JUDGE JOHN STEVENS, JR., JUDGE MARY M. MANZI, JUDGE DIGANGI,**

JUDGE D. KERMAN, JUDGE IRELAND, JUDGE CORDY, RALPH FINCH, Assistant Clerk, JUDITH BRENNAN, KEVIN JONES, MAGISTRATE TRIPE, MAGISTRATE DORIS STENZIANI, LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE, JOSEPH LARO, Court Reporter, PROBATION OFFICER SLIVASKI, RUDOLF JAWORSKI, INSPECTOR ROBERT FOLEY, INSPECTOR BERNARD CLANCY, ESSEX COUNTY SECRETARY OF THE TREASURY, MASSACHUSETTS ATTORNEY GENERAL, SALEM DISTRICT COURT, SALEM SUPERIOR COURT, MIDDLESEX DISTRICT ATTORNEY, SALEM PROBATE AND FAMILY COURT, TOWN OF NORTH ANDOVER, MIDDLESEX COUNTY SECRETARY OF THE TREASURY, CITY OF LOWELL HEALTH DEPARTMENT AGENT, MASSACHUSETTS JUDICIAL CONDUCT COMMISSION, CHIEF JUSTICE M. MARSHALL, Massachusetts Supreme Court, STATE OF MASSACHUSETTS, BOSTON DISTRICT ATTORNEY, and BOSTON DISTRICT COURT,
*Defendants-Appellees,*

and

UNITED STATES,
*Defendant-Appellee.*

2010-1346

Appeal from the United States District Court for the Southern District of New York in case no. 08-CV-7452, Judge Sidney H. Stein.

## ON MOTION

---

# O R D E R

Vera W. Huang moves for a 60-day extension of time.

In an order dated June 14, 2010, this court granted Huang's previous motion for an extension of time and directed that "[n]o further extensions will be granted."

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is denied.

(2) Pursuant to this court's May 20, 2010 order, this appeal is transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

__JUL 16 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:　Vera W. Huang
　　　Jennifer G. Miller, Esq.
　　　Scott T. Palmer, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 16 2010

**JAN HORBALY**
**CLERK**